# EXHIBIT 1

WHEN RECORDED MAIL TO:

Matthew G. Brown, Esq.
Brown & Streza LLP
40 Pacifica, Suite 1500
Irvine, CA 92618

MAIL TAX STATEMENTS TO:

Michael R. Bello
38 Pelican Crest Drive
Newport Coast, CA 92657

```
2012-0010937
Recorded           | REC FEE        22.00
Official Records   |
County of          | CC1 ONE CONFORM 1.00
Napa               |
JOHN TUTEUR        |
Assessor-Recorder-Cou|
                   | LS
10:40AM 27-Apr-2012 | Page 1 of 3
```

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# QUITCLAIM DEED

The undersigned Grantor declares:
**Documentary Transfer Tax:** $0/No consideration
The grantors and the grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property, R & T 11925(d).

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Michael Ru Bello and Nancy Ann Bello, Trustees of The Bello Family Trust dated January 14, 1997

Do hereby REMISE, RELEASE AND FOREVER QUITCLAIM to
MB Investment Group, LLC, a Nevada limited liability company

The following described real property in the City of Napa, County of Napa, State of California:
See Exhibit "A"/Attached hereto and incorporated herein

Subject to: All Covenants, Conditions, Restrictions, Reservations, Exceptions, Limitations, Uses, Rights, Rights of Way, Easements, and other matters of record.

Commonly known as: 8424 St. Helena Highway, Napa, California 94558
APN: 030-190-002

Dated: April 24, 2012

State of California }
                   }ss
County of Orange   }

On April 24, 2012, before me, Christine A. Harper, a Notary Public, personally appeared MICHAEL RU BELLO and NANCY ANN BELLO, who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
Witness my hand and official seal.

Michael Ru Bello, Trustee of The Bello Family Trust dated January 14, 1997

Nancy Ann Bello, Trustee of The Bello Family Trust dated January 14, 1997

CHRISTINE A. HARPER
Commission # 1915222
Notary Public - California
Orange County
My Comm. Expires Dec 4, 2014

Notary Signature                     (This area for official notarial seal)
**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

State of California )

County of Orange )

On April 24, 2012, before me, <u>Christine A. Harper, a Notary Public</u>, personally appeared MICHAEL RU BELLO and NANCY ANN BELLO, who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CHRISTINE A. HARPER
Commission # 1915222
Notary Public - California
Orange County
My Comm. Expires Dec 4, 2014

Signature _Christine A. Harper_    (Seal)

END OF DOCUMENT

# EXHIBIT "A"

## LEGAL DESCRIPTION

File No. T5160

COMMENCING at an iron pipe set in concrete tagged RCE 13442, said pipe marking the Southwesterly corner of Parcel 1 conveyed to John and Elma Klass on June 21, 1957 and recorded in Book 546 at page 375 of Official Records of Napa County, said pipe also being on the Northeasterly line of State Highway 29, and in the bottom of a drainage ditch; thence along said Northeasterly line of said Highway South 36° 00' East 156.64 feet to an iron pipe set in concrete tagged RCE 13442; thence leaving said highway line North 54° 15' East 1389.30 feet to an iron pipe set in concrete tagged RCE 13442 and set 8 inches below the ground surface; thence North 36° 05' West 156.64 feet to an iron pipe set in concrete in a drainage ditch tagged RCE 13442, said pipe being on the Southeasterly line of said Parcel 1 of the aforementioned Klass property; thence along said Klass property line South 54° 15' West 1389.30 feet, more or less, to the point of commencement.