# EXHIBIT 2

| WHEN RECORDED MAIL TO: | | 2013-0000249 |
|---|---|---|
| Michael and Nancy Bello<br>38 Pelican Crest Drive<br>Newport Coast, CA 92657 | | Recorded \| REC FEE 19.00<br>Official Records \|<br>County of \| CC1 ONE CONFORM 1.00<br>Napa \|<br>JOHN TUTEUR \|<br>Assessor-Recorder-Cou\|<br>\| EU<br>08:39AM 04-Jan-2013 \| Page 1 of 2 |

**MAIL TAX STATEMENTS TO:**

Michael and Nancy Bello
38 Pelican Crest Drive
Newport Coast, CA 92657

**APN: 030-190-002**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# QUITCLAIM DEED

**Documentary Transfer Tax: $0/No consideration**
**This conveyance establishes sole and separate property of a spouse, R & T 11911**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
   **MB Investment Group, LLC, a Nevada Limited Liability Company**

Does hereby REMISE, RELEASE AND FOREVER QUITCLAIM to
   **Michael Ru Bello, a Married Man as his Sole and Separate Property, as to an undivided 50% interest;**
   **Nancy Ann Bello, a Married Woman as her Sole and Separate Property, as to an undivided 50% interest**

The following described real property in the City of Napa, County of Napa, State of California:

   **See Exhibit "A"/Attached hereto and incorporated herein**

Subject to: All Covenants, Conditions, Restrictions, Reservations, Exceptions, Limitations, Uses, Rights, Rights of Way, Easements, and other matters of record.

Commonly known as:   **8424 St. Helena Highway, Napa, California**

Dated: December 19, 2012

STATE OF CALIFORNIA   )
                      )ss
COUNTY OF ORANGE      )

MB INVESTMENT GROUP, LLC, A NEVADA LIMITED
LIABILITY COMPANY

_____
NANCY A. BELLO, MANAGER

On December 19, 2012, before me, **Christine A. Harper, a Notary Public**, personally appeared **NANCY A. BELLO**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
Notary Signature

CHRISTINE A. HARPER
Commission # 1915222
Notary Public - California
Orange County
My Comm. Expires Dec 4, 2014

(THIS AREA FOR OFFICIAL NOTARIAL SEAL)
MAIL TAX STATEMENTS AS DIRECTED ABOVE

# EXHIBIT "A"

## LEGAL DESCRIPTION

File No. T5160

COMMENCING at an iron pipe set in concrete tagged RCE 13442, said pipe marking the Southwesterly corner of Parcel 1 conveyed to John and Elma Klass on June 21, 1957 and recorded in Book 546 at page 375 of Official Records of Napa County, said pipe also being on the Northeasterly line of State Highway 29, and in the bottom of a drainage ditch; thence along said Northeasterly line of said Highway South 36° 00' East 156.64 feet to an iron pipe set in concrete tagged RCE 13442; thence leaving said highway line North 54° 15' East 1389.30 feet to an iron pipe set in concrete tagged RCE 13442 and set 8 inches below the ground surface; thence North 36° 05' West 156.64 feet to an iron pipe set in concrete in a drainage ditch tagged RCE 13442, said pipe being on the Southeasterly line of said Parcel 1 of the aforementioned Klass property; thence along said Klass property line South 54° 15' West 1389.30 feet, more or less, to the point of commencement.