# EXHIBIT 4

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): John P. Reitman (SBN 80579), Jack A. Reitman (SBN 283746); Landau Gottfried & Berger LLP; 1801 Century Park East, Suite 700, Los Angeles, California 90067<br>TELEPHONE NO.: 310-557-0050<br>E-MAIL ADDRESS (Optional): jareitman@lgbfirm.com   FAX NO. (Optional): 310-557-0056<br>ATTORNEY FOR (Name): The Official Committee of Unsecured Creditors of Walldesign, Inc. | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 411 W 4th Street, Courtroom 5D<br>MAILING ADDRESS: Santa Ana, California 92701<br>CITY AND ZIP CODE:<br>BRANCH NAME: Santa Ana Division | |
| PLAINTIFF: The Official Committee of Unsecured Creditors of Walldesign, Inc.<br>DEFENDANT: Michael Ru Bello, etc., et al. | |
| **WRIT OF ATTACHMENT**<br>[X] AFTER HEARING   [ ] EX PARTE | CASE NUMBER: Case No. 8:12-bk-10105-CB<br>Chapter 11<br>Adv. No. 8:13-ap-01409-CB |

1. [ ] TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. [ ] To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. [✓] To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):
   All named Bello Defendants, including Michael Bello, Bello Family Vineyard, LLC, MB Investments, LLC, Christopher Bello, and RU Investments, LLC
   and the attachment is to secure: $18,000,000.00

5. Name and address of plaintiff:
   The Official Committee of Unsecured Creditors of Walldesign, Inc.
   c/o Landau Gottfried & Berger, 1801 Century Park East, Suite 700, Los Angeles, California 90067; Attn: Jack A. Reitman

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):

   [X] This information is on an attached sheet.

7. [ ] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):

8. [ ] The real property on which the
   [ ] crops described in item 5 __ are growing
   [ ] timber described in item 5 __ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

KATHLEEN J. CAMPBELL

Date: MAR 2 3 2015   Clerk, by _A. McCall_, Deputy

Page 1 of 1

CV-4D (10/11)
(AT-135 [Rev. January 1, 2003])

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010

ORIGINAL

## ATTACHMENT TO WRIT OF ATTACHMENT

**PROPERTY TO BE ATTACHED:**

The real properties commonly known as:

- (i) 608 1/2 Begonia Avenue, Corona Del Mar, California 92625, APN: 459-086-07;
- (ii) 929 Main Street, Saint Helena, California 94574, APN: 009-180-038-000;
- (iii) 8424 St. Helena Highway, Napa, California 94558, APN: 030-190-002;
- (iv) 78759 Platinum Drive, Palm Desert, California 92211, APN: 748-250-029;
- (v) 1758 Spring Street, Saint Helena, California 94574, APN: 009-313-045-000.

The property consisting of all wine and other goods held for the benefit of Bello Family Vineyard, LLC, at:

- (i) Rutherford Wine Studios, LLC dba The Ranch Winery, located at 105 Zinfandel Lane, St. Helena, California 94574; and,
- (ii) HPD Consolidation Inc. dba Valley Wine Warehouse, located at 175 Tower Road, American Canyon, California 94503 and 644 Hanna Drive, Suite B, American Canyon, California 94503.